UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:20-cr-00418-SB-1 | Date: | August 27, 2024 |
|---|---|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., United States District Judge |
|---|---|
| Interpreter: | N/A |

| Lynnie Fahey | CourtSmart | Eric C. Schmale / Niall M. O'Donnell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Paul Thropay, M.D. | √ | | √ | Anthony Solis / Davina T. Chen | √ | √ | |

**Proceedings:** MOTION FOR NEW TRIAL [318] AND SENTENCING (Non-Evidentiary)

Defendant's Motion for New Trial is denied.

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, the underlying Indictment ordered dismissed.

2 : 02

Initials of Deputy Clerk   LFA