

**LAW OFFICES**

**Leonardo Drubach**
leo@9000Law.com

December 23, 2024

To Whom It May Concern

RE:   **JOHN P. THROPAY, MD**

I have been retained by Dr. John P. Thropay for the purpose of filing a petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code for both him and his corporation, Beverly Oncology & Imaging Medical Group, Inc. ("Beverly Oncology").

After a thorough analysis of Beverly Oncology's financial condition, and diligent attempts at finding a solution, it was determined that the corporation may not be able to successfully reorganize.  Therefore, the plan to put the corporation into bankruptcy has been postponed.

However, Dr. Thropay is in a more pressing situation.  Dr. Thropay has an estimated tax liability of over 2,000,000 and has recently received a Notice of Intent to Seize from the Internal Revenue Service in the amount of $445,781,76.  In addition, Dr. Thorpay recently finished trial in a civil case, ZHAO HUI SHIA and JUN LU vs. RACHEL H. LEW et al (Civil Case no. 21SMCV01145) in which he has a potential liability in excess of $400,000.  This is in addition to other liabilities.

For the reasons stated above, Dr. Thropay may be forced to file the petition for bankruptcy in order to protect his rights.

Sincerely,

Leonardo Drubach

**LD LAW OFFICES**
6442 Coldwater Canyon Ave., Suite 211
North Hollywood, CA 91606

(818) 477-4740
www.9000Law.com