United States District Court

for the Central District of California

| United States of America, | ) | Case No.: 2:20-cr-00418-SB-1 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Order Authorizing the Filing of Chapter 11 Bankruptcy |
| John Paul Thropay, MD, | ) | |
| Defendant. | ) | |

Good cause shown therefor, it is ordered that:

Defendant John Paul Thropay, MD, is authorized to initiate a Chapter 11 personal bankruptcy.

Dated: January __ 2025

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge