Name & Address:

Anthony M. Solis, SBN 198580
23679 Calabasas Road, Suite 412
Calabasas, CA 91302
213-489-5880
anthonysolislaw@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF(S) | 20-cr-00418-SB-1 |
| v. | | |
| John Paul Thropay, MD | | **NOTICE OF MANUAL FILING** |
| | DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Documents under seal

**Reason:**

✓ ☑ Under Seal

☐

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

1-28-2025
_____
Date

Anthony M. Solis, Esq.
_____
Attorney Name
John Paul Thropay, MD
_____
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*