Davina T. Chen
Law Office of Davina T. Chen
1751 Colorado Blvd., No. 190
Los Angeles, CA 90041

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-cr-418-SB-1 |
| v. | |
| John Paul Thropay, M.D. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  **(List Documents)**

(1) Application for Order Sealing Documents
(2) [Proposed[ Order Sealing Documents
(3) Application for Order
(4) [Proposed] Order

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

5/7/2025
Date

Davina T. Chen
Attorney Name

John Paul Thropay, MD
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING