Niall M. O'Donnell
300 N. Los Angeles St., Suite 2001
Los Angeles, CA 90012
202-257-3295
niall.odonnell@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | | CASE NUMBER: |
|---|---|---|
| | **PLAINTIFF(S)** | 2:20-CR-418-SB-1 |
| v. | | |
| John Paul Thropay, MD, | | **NOTICE OF MANUAL FILING OR LODGING** |
| | **DEFENDANT(S).** | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. Application for Order Sealing Documents
2. [Proposed] Order Sealing Documents
3. United States' Opposition to Defendant's Motion to Continue Surrender

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

May 12, 2025
_____
Date

Niall M. O'Donnell
_____
Attorney Name

United States of America
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*